No. 207.   ESTATE OF LAZICH: STATE, Appellant, v. PENN, Respondent.

(Also reported in 221 N. W. 2d 919.)

The cause was submitted for the appellant on the brief of *Robert W. Warren,* attorney general, and *James P. Altman,* assistant attorney general, and for the respondent on the brief of *Schmitt, Nolan & Hansen,* attorneys, and *Wayne W. Hansen* of counsel, all of Merrill.

The judgment is affirmed.